# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**481**

**CA 12-02029**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

DIANE P. LASKEY, PLAINTIFF-RESPONDENT,

V                                                                      ORDER

DOUGLAS P. LASKEY, DEFENDANT-APPELLANT.

---

MUSCATO, DIMILLO & VONA, L.L.P., LOCKPORT (A. ANGELO DIMILLO OF COUNSEL), FOR DEFENDANT-APPELLANT.

BRANDT, ROBERSON & BRANDT, P.C., LOCKPORT (THOMAS H. BRANDT OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-----------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered March 12, 2012. The order, among other things, granted the motion of plaintiff for equitable distribution of defendant's pension.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (*see Burns v Burns*, 84 NY2d 369, 376-377).

Entered:  April 26, 2013                                     Frances E. Cafarell
                                                            Clerk of the Court